1 PHILLIP A. TALBERT
United States Attorney
2 ELLIOT WONG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURABH KUMAR,<br><br>               Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>               Defendants. | CASE NO. 1:23-CV-00558-EPG<br><br>ORDER RE: STIPULATION AND FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b)<br><br>(ECF No. 16). |

     This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 130 days of the order of remand.

///
///
///
///
///
///
///
//

1

1 | Respectfully submitted,

3 | Dated:  August 25, 2023        PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ KYLE J. HOWARD
KYLE J. HOWARD
Counsel for Plaintiff

10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

**ORDER**

Based on the parties' stipulation for remand (ECF No. 16), IT IS ORDERED that this matter be remanded pursuant to 8 U.S.C. § 1447(b), and that the U.S. Citizenship and Immigration Services adjudicate Plaintiff's naturalization application within 130 days of this order. Further, the Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff and close this case.

IT IS SO ORDERED.

Dated: __August 28, 2023__          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE