## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**SOURABH KUMAR,**

                                              CASE NO: **1:23−CV−00558−EPG**

            v.

**MERRICK B. GARLAND, ET AL.,**

 

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/28/2023**

                                                         **Keith Holland**
                                                         Clerk of Court

    ENTERED:  **August 28, 2023**

                                              by:  /s/  C. Maldonado
                                                             Deputy Clerk